UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CHRISTINA HARRIS,

    Plaintiff,                                                        Case No. 25-cv-288

    v.

CITY OF MILWAUKEE,

    Defendant

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1**

The undersigned, counsel of record for Plaintiff, Christina Harris, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Christina Harris

2. Not applicable

3. Walcheske & Luzi, LLC

Dated this 27th day of February, 2025

                                                                                                      WALCHESKE & LUZI, LLC
                                                                                                      Counsel for Plaintiff

                                                                                                      s/ ***Scott S. Luzi***
                                                                                                      Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: sluzi@walcheskeluzi.com