UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CHRISTINA HARRIS,

    Plaintiff,                                                Case No. 25-cv-288

    v.

CITY OF MILWAUKEE,

    Defendant

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that WALCHESKE & LUZI, LLC, by Attorneys James A. Walcheske, Scott S. Luzi, and David M. Potteiger, appear as counsel for Plaintiff, Christina Harris, in this matter. Please direct all subsequent pleadings and notices to:

    WALCHESKE & LUZI, LLC
    235 N. Executive Drive, Suite 240
    Brookfield, Wisconsin 53005
    Telephone: (262) 780-1953
    Fax: (262) 565-6469
    E-Mail: jwalcheske@walcheskeluzi.com
    E-Mail: sluzi@walcheskeluzi.com
    E-Mail: dpotteiger@walcheskeluzi.com

Dated this 27th day of February, 2025

                                                WALCHESKE & LUZI, LLC
                                                Counsel for Plaintiff

                                                ***s/ Scott S. Luzi***
                                                James A. Walcheske, State Bar No. 1065635
                                               Scott S. Luzi, State Bar No. 1067405
                                               David M. Potteiger, State Bar No. 1067009